**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF<br>THE KINGDOM OF DENMARK (SKAT) TAX<br>REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-04833<br>18-cv-07824<br>18-cv-07827<br>18-cv-07828<br>18-cv-07829 | MASTER DOCKET<br><br>18-md-2865 (LAK) |

## NOTICE OF MOTION TO APPROVE ALTERNATIVE SERVICE

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law and

Declaration of Sarah L. Cave dated October 29, 2018 and exhibits annexed thereto, Plaintiff

SKAT, which is the Customs and Tax Administration of the Kingdom of Denmark ("SKAT"),

by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 4(h),

hereby submits this Motion to Approve Alternative Service on Defendants Headsail

Manufacturing LLC Roth 401K Plan, Aerovane Logistics LLC Roth 401(K) Plan, Edgepoint

Capital LLC Roth 401(K) Plan, The Random Holdings 401K Plan, and Raubritter LLC Pension

Plan.  SKAT respectfully requests that the Court: (1) deem the methods by which SKAT has

already attempted service sufficient; or, in the alternative, (2) permit SKAT to effect service by

other means and grant SKAT an additional extension of 60 days to effect service by such means.

Dated: New York, New York
October 29, 2018

HUGHES HUBBARD & REED LLP

By:    /s/ Sarah L. Cave
    William R. Maguire
    Marc A. Weinstein
    Sarah L. Cave
    John T. McGoey
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax:  (212) 422-4726
bill.maguire@hugheshubbard.com
marc.weinstein@hugheshubbard.com
sarah.cave@hugheshubbard.com
john.mcgoey@hugheshubbard.com

*Counsel for Plaintiff SKAT (Customs and Tax
Administration of the Kingdom of Denmark)*