# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKAT) TAX REFUND SCHEME LITIGATION<br><br>This document relates to:   1:18-cv-07824<br>                                         1:18-cv-07827<br>                                         1:18-cv-07828<br>                                         1:18-cv-07829 | MASTER DOCKET<br><br>Case No. 1:18-md-02865-LAK |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants Headsail Manufacturing LLC Roth 401K Plan, Edgepoint Capital LLC Roth 401K Plan, Aerovane Logistics LLC Roth 401K Plan, Random Holdings 401K Plan, and Robert Klugman.

Respectfully submitted,

Dated: December 18, 2018

s/ Mark D. Allison
MARK D. ALLISON
Bar No.: MA6060
CAPLIN & DRYSDALE, CHARTERED
600 Lexington Avenue, Floor 21
New York, NY 10022
mallison@capdale.com
Telephone: 212-379-6060
Fax: 212-379-6000