# Exhibit 8

**OPUS2**

Skatteforvaltningen v Solo Capital Partners LLP & Others

Day 20MT

May 24, 2024

Opus 2 - Official Court Reporters

Phone: 020 3008 6619

Email: transcripts@opus2.com

Website: https://www.opus2.com

1  MR JUSTICE ANDREW BAKER:  A cash collateral amount that will
2    match an equity purchase, yes.
3  MR GOLDSMITH:  Exactly yes, and we can see the cash
4    collateral  amount here is 228,896,500, yes.
5  A.  Yes, I see that.
6  Q.  And the price is 45.7793 per share, yes?
7  A.  Yes, I see that.
8  Q.  And the cash rebate interest and cash rebate spread
9    figures, that's the interest on the cash collateral that
10    the stock lender has to pay, yes?
11  A.  Yes, I see that.
12  Q.  And here the interest rate is overnight DKK LIBOR plus
13    70 basis points.  That is —— so in other words it is DKK
14    LIBOR plus 0.7%, yes?
15  A.  Yes, I see that.
16  Q.  Can we then look at {MTKC6/729.1/1}.  This, Mr Shah, is
17    another stock loan confirmation from March 2013 with AOI
18    as lender and Amalthea as borrower, and again, the way
19    that my Lord described, this will be related to
20    an equity trade, a short sale trade that will have
21    happened a few days earlier, yes?
22  A.  Okay, yes.  So this is unrelated to the one that we just
23    saw.
24  Q.  Yes.  And here the notional —— the quantity of shares is
25    3 million and the notional cash collateral is almost

109

1    3 billion Danish krone.  That is a huge sum, isn't it?
2  A.  Probably not in real money, but yes, I agree that is
3    a big amount.
4  Q.  What do you mean not in real money?
5  A.  That was my idea of a joke.  But yes, that is a big
6    amount of money.
7  MR JUSTICE ANDREW BAKER:  I think telling leading counsel on
8    behalf of the Danish nation that Danish krone is not
9    a real currency was an attempt at humour.
10  MR GOLDSMITH:  Yes, right, fair enough.
11  MR JUSTICE ANDREW BAKER:  I understand where you might have
12    gone with it, Mr Goldsmith, but on this occasion,
13    I think let's just take that as humour.
14  MR GOLDSMITH:  If I told you that Amalthea had been formed
15    in the Cayman Islands with limited capitalisation only
16    a month or so before this, it is pretty extraordinary
17    for it to be committing to provide to buy shares worth
18    nearly 3 billion Danish krone, no?
19  A.  My view is that the number of days between a company's
20    incorporation and the day it starts trading is not
21    relevant.  I also think the share capital amount is not
22    relevant.  What I understand from this trade, and
23    probably all the trades in GSS, is that they were
24    guaranteed by Solo, so if Solo has guaranteed it, then
25    that's why those numbers are there.  So that —— for me,

110

1    the answer to your question is it is not surprising.
2  Q.  So Solo is guaranteeing them for 3 billion Danish krone.
3    I can't do the maths off the top of my head, maybe
4    Ms Nanchahal will help me, but that's going to be
5    hundreds of millions of pounds, is it not?  For
6    example ——
7  A.  In the region of £300 million.
8  Q.  And Solo Capital Partners does not have £300 million,
9    does it, at this time?
10  A.  Well, I think if we go back to the Solo Model we will
11    see that there are matching incoming and outgoing cash
12    amounts and that is why Solo would have been able to
13    guarantee a trade such as this.
14  Q.  But in a sense that is why it makes it so important that
15    at the end of the day —— from Solo's perspective, at the
16    end of the day things do balance perfectly to zero,
17    because otherwise Solo is at risk on the guarantee, yes?
18  A.  Yes.  I absolutely agree.
19  Q.  Can we see here that the interest on the cash collateral
20    is overnight DKK LIBOR plus 70; that is 0.7 again, yes?
21  A.  Yes, that's correct.  So it is 70 basis points, which is
22    0.7%, yes.
23  Q.  Thank you.  Great.  Can we now —— we might need to come
24    back to those, so don't remove them altogether, but can
25    we go, please, to {MTKC1/607/1}.  And this is

111

1    a spreadsheet, if Ms Nanchahal could control it, please.
2    Can we start with the "Statement" tab at the top.  This
3    is Solo's open position statement for AOI dated
4    30 September 2013; do you see?
5  A.  Yes, I see that.
6  Q.  Again, just to ground this, this was also a spreadsheet
7    that Mr Rabinowitz went through in opening, just so you
8    know.  If we go to the stock loan —— sorry.
9  A.  Sorry to interrupt.  Are we moving away from TDC,
10    because I will not be able to keep all these figures in
11    my head?
12  Q.  Don't worry, I will be reminding you.  The reason I have
13    shown you three sets of trades is because actually their
14    accounting is ultimately related, but I will remind you
15    of the terms as we go through.
16  A.  Okay.
17  Q.  So if we start with —— if we start at row 287, you can
18    see —— there we go, thank you so much —— TDC and in row
19    289 it has 13 March 2013 and I can remind you that the
20    settlement date for the TDC March stock loan was
21    13 September 2013 and in F289 it says, "Cash original",
22    and that was the amount of cash collateral under this
23    loan, just to remind you of those figures.
24    Do you see in G289 we have a rate of 0.63%.  Do you
25    see that?

112