# Exhibit 2

| | |
|---|---|
| **From:** | Firth, Simon |
| **Sent:** | Tuesday, November 25, 2014 4:21 AM |
| **To:** | Lewin, Daniel; Ben-Jacob, Michael |
| **Cc:** | Wells, Peter |
| **Subject:** | RE: Danish Securities Law Question |
| **Attachments:** | Claus Bennetsen.vcf |

Claus Bennetsen can help on this. Let me know if you would like to be put in touch.


Simon Firth
KAYE SCHOLER LLP
140 Aldersgate Street | London EC1A 4HY
United Kingdom
T: +44 (0)20.7105.0583 | F: +44 (0)20 7105 0505
SFirth@kayescholer.com | www.kayescholer.com

**From:** Lewin, Daniel
**Sent:** 24 November 2014 23:57
**To:** Ben-Jacob, Michael
**Cc:** Wells, Peter; Firth, Simon
**Subject:** RE: Danish Securities Law Question

Yes, not me personally, but Simon Firth (cc'd) recently got regulatory advice from Danish counsel for a UK client. Regards, Daniel



Sent with Good (www.good.com)


-----Original Message-----
**From:** Ben-Jacob, Michael
**Sent:** Tuesday, November 25, 2014 12:53 AM W. Europe Standard Time
**To:** Lewin, Daniel
**Cc:** Wells, Peter
**Subject:** FW: Danish Securities Law Question

Any idea as to whom we could contact for this? It is chargeable.




Michael Ben-Jacob
Kaye Scholer LLP
250 West 55th Street | New York, New York 10019-9710
T: (212) 836-8310 | F: (212) 836-6310
michael.ben-jacob@kayescholer.com | www.kayescholer.com

1

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00439818

PLEASE NOTE OUR NEW ADDRESS: Kaye Scholer's New York office is now located at 250 West 55th Street, New York, NY 10019-9710. Our phone and fax numbers remain the same.

Any U.S. federal tax advice contained in this message (including any attachments) may not be able to be used for purposes of avoiding tax-related penalties imposed under U.S. federal tax laws. This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (212) 836-8310 and delete the message, along with any attachments, from your computer. Thank you.

**From:** Richard Markowitz [mailto:rmarkowitz@argremgt.com]
**Sent:** Monday, November 24, 2014 11:59 AM
**To:** Wells, Peter; Ben-Jacob, Michael
**Cc:** John H. van Merkensteijn, III; Robert Klugman
**Subject:** Danish Securities Law Question

Michael and Peter:

We would like your help in getting answers to some questions regarding Danish securities laws.

Specifically, what are the disclosure/reporting requirements for a holder of shares in a public company in Denmark?

> Is it 5% of outstanding shares (or some other measurement)? (This is what I learned from reading a translation of the Danish Securities Trading Act and other on line summaries.)
> Is it only the Danish FSA that sets the requirements?
> Given, that in our cases, a trust is purchasing the shares, is it based on the trustee? The beneficiary? Both? Is there a notion of related parties?
> Any other specific requirements that we might not be aware of?

We recognize that you may need to reach out to your securities law colleagues (especially in London) who may then need to speak with a local firm in Denmark that they have a relationship with. But we do want to get these answers as soon as possible.

Thanks, and please call if you have any questions.

Richard

_____

Richard Markowitz
Argre Management LLC
40 West 57th Street
20th Floor
New York, NY 10019

Tel: (212) 247-2600
Fax: (212) 247-2753
Mobile: (917) 848-5675

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER        WH_MDL_00439819