# Exhibit 111

Message

| | |
|---|---|
| **From**: | Richard Markowitz [rmarkowitz@argremgt.com] |
| **Sent**: | 6/17/2015 1:16:53 PM |
| **To**: | ~LH lf 08-07-2015 Wells, Peter [/O=KAYESCHOLER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Wells_p]; Ben-Jacob, Michael [/O=KAYESCHOLER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Ben_m]; Robert Klugman [rklugman@storcapital.com]; John H. van Merkensteijn, III [jhvm@argremgt.com] |
| **Subject**: | Third Party Transfers |

For everyone's benefit, here is a typical invoice received from Ganymede and the draft letter KS prepared.

I have not submitted any of these yet, as we were awaiting the custodians response first.

- - - - - - - - - - - - - - - - - - - - - - - -

Richard Markowitz
1345 Avenue of the Americas
27th Floor
New York, NY 10105

Tel: (212) 231-3923
Mobile: (917) 848-5675

KLUGMAN00006224

# Ganymede Cayman Limited

**Genesis Trust & Corporate Services Ltd,**
**2nd Floor, Midtown plaza**
**Elgin Avenue**
**Grand Cayman KY1-1106**
**Cayman Islands**

| | |
|---|---|
| **Invoice Date** | 12 May 2015 |
| **Invoice Number** | 00691 |
| **To** | John H. van Merkensteijn III<br>Trailing Edge Productions LLC Roth 401(K) Plan |
| **Address** | 425 Park Avenue, New York,<br>NY 10022, United States of America |

**Description**

| Description | Amount DKK |
|---|---|
| Fee due under services agreement | 9,658,585.40 |
| | |
| **Total amount due** | **9,658,585.40** |

Contact Email          Ganymede@ganymedecayman.com

**Amount due on invoice date.**

**Please remit payments by wire transfer to:**
**DKK Account**

| | |
|---|---|
| Solo Bank Details : | Barclays Bank PLC<br>260/262 Chingford Mount road<br>South Chingford<br>London<br>E4 8JN<br>United Kingdom |
| Currency: | DKK |
| Sort code: | 20-53-04 |
| Account Number: | 64338333 |
| IBAN code: | GB37 BARC 2053 0464 3383 33 |
| SWIFT code: | BARCGB22 |

KLUGMAN00006225

# Routt Capital Trust

June 15, 2015

Bareroot Capital Investments LLC Roth 401(k) Plan
c/o Bareroot Capital Investments LLC
425 Park Avenue
New York, NY 10022

Re:    Bareroot Capital Investments LLC Roth 401(k) Plan (the "Plan")

Dear Sir or Madam:

The undersigned, as Trustee of the Routt Capital Trust, hereby confirms that USD $635,000 is properly due and owed to it from the account of the Plan at account number BAR01 at Telesto Markets LLP. The applicable wiring instructions are as follows:

| | |
|---|---|
| Name of Bank: | First Republic Bank |
| City and State: | San Francisco, CA |
| ABA Routing Number: | 321081669 |
| SWIFT Code: | FRBBUS6S |
| Beneficiary Name: | Routt Capital Trust |
| Beneficiary Account Number: | 80001980631 |

Let me know if you have any questions.

Sincerely,

Routt Capital Trust

_____
Richard Markowitz, Trustee

**Agreed and Acknowledged:**

Bareroot Capital Investments LLC Roth 401(k) Plan

_____
David Zelman, Trustee

cc:    Telesto Markets LLP
       27 Old Gloucester Street
       London, WC1N 3AX

KLUGMAN00006226

# RAK Investment Trust

June 15, 2015


Bareroot Capital Investments LLC Roth 401(k) Plan
c/o Bareroot Capital Investments LLC
425 Park Avenue
New York, NY 10022

Re:    Bareroot Capital Investments LLC Roth 401(k) Plan (the "Plan")


Dear Sir or Madam:

The undersigned, as Trustee of the RAK Investment Trust, hereby confirms that USD $212,500 is properly due and owed to it from the account of the Plan at account number BAR01 at Telesto Markets LLP. The applicable wiring instructions are as follows:

| | |
|---|---|
| Name of Bank: | Wells Fargo Bank |
| City and State: | 420 Montgomery Street, San Francisco, CA 94104 |
| ABA Routing Number: | 121000248 |
| SWIFT Code: | WFBIUS6S |
| Beneficiary Name: | RAK Investment Trust |
| Beneficiary Account Number: | 2942729928 |

Let me know if you have any questions.


Sincerely,

RAK Investment Trust


_____
Robert Klugman, Trustee


**Agreed and Acknowledged:**

Bareroot Capital Investments LLC Roth 401(k) Plan


_____
David Zelman, Trustee


cc:    Telesto Markets LLP
       27 Old Gloucester Street
       London, WC1N 3AX