# Exhibit 128

| | |
|---|---|
| **From:** | Raj Shah <Raj.Shah@solo.com> |
| **Sent:** | Wednesday, June 13, 2012 6:17 AM |
| **To:** | Ben-Jacob, Michael |
| **Subject:** | RE: Ezra |

Thanks Michael.

---

**From:** Ben-Jacob, Michael [mailto:Michael.Ben-Jacob@kayescholer.com]
**Sent:** 13 June 2012 14:15
**To:** Raj Shah; Wells, Peter
**Cc:** 'rmarkowitz@argremgt.com'; Sanjay Shah; Graham Horn
**Subject:** Re: Ezra

We reviewed all of this in the last day or two and expect to get the response Out today.

Mbj

---

**From:** Raj Shah <Raj.Shah@solo.com>
**To:** Ben-Jacob, Michael; Wells, Peter
**Cc:** Richard Markowitz <rmarkowitz@argremgt.com>; Sanjay Shah <Sanjay.Shah@solo.com>; Graham Horn <Graham.Horn@solo.com>
**Sent:** Wed Jun 13 05:47:36 2012
**Subject:** RE: Ezra

Michael, Peter,

When do you think you will be in a postion to reply to the questions raised by Norton Rose?

Please let me know if we you think a further call with Martin would be helpful.

Kind regards,
Raj

---

**From:** Raj Shah
**Sent:** 11 June 2012 20:52
**To:** Michael Ben-Jacob; Peter Wells; Richard Markowitz
**Subject:** Fwd: Ezra


See attached.


Begin forwarded message:

> **From:** "Angsten, Stefan" <Stefan.Angsten@nortonrose.com>
> **Date:** 11 June 2012 20:03:26 GMT+04:00
> **To:** Raj Shah <Raj.Shah@solo.com>
> **Cc:** "Krause, Martin" <martin.krause@nortonrose.com>
> **Subject: RE: Ezra**

CONFIDENTIAL                                                                                      WH_MDL_00285163

Hi Raj,

Please find attached the revised version of the letter to the German Federal Central Tax Authority based on our telephone conversation last Thursday.  It is blacklined against the first draft from Kaye Scholer.

<<Letter-re-Ezra-NR-comments-2012-06-11.doc>>

As regards the statements on Sec. 51 et seq. German Fiscal Code, we have relied on the assumptions made in the telco, in particular as to the tuition fees, selection of students etc.

On page 4 you will find a yellow-marked paragraph referring to the non-applicability of Sec. 14 German Fiscal Code, i.e. the non-existence of a commercial business activity.  The questions/confirmations inserted on page 4 and 5 are required to make a comprehensive statement on Sec. 14 German Fiscal Code which we will provide.

You may pass the document on to the persons in charge.

Kind regards
Stefan

**Dr. Stefan Angsten**
Rechtsanwalt, Steuerberater,
Debt Capital Markets / Asset Management

**Norton Rose LLP**

Stephanstrasse 15, 60313 Frankfurt, Germany
Tel +49 69 505096-494   Mob +49 172 6325942

stefan.angsten@nortonrose.com

*Law Firm of the Year - The Lawyer Awards 2011*

*On 1 January 2012, Macleod Dixon will join Norton Rose Canada, part of Norton Rose Group, adding strength in depth in Canada, Latin America and Kazakhstan.*

*For more information, please visit nortonrose.com*

_____

This email message has been delivered safely and archived online by Mimecast.
For more information please visit http://www.mimecast.com

*    *    *    *

CONFIDENTIAL                                                                                      WH_MDL_00285164

IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

This email message has been delivered safely and archived online by Mimecast.
For more information please visit http://www.mimecast.com

---

CONFIDENTIAL                                    WH_MDL_00285165