# Exhibit 147

CONFIDENTIAL
Kathleen Wechter - November 22, 2021

Page 1

```
1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF NEW YORK
2              MASTER DOCKET 18-MD-2865(LAK)
                  CASE NO. 18-CV-09797
3
   _____
4                                          )
   IN RE:                                  )
5                                          )
   CUSTOMS AND TAX ADMINISTRATION OF       )
6  THE KINGDOM OF DENMARK                  )
   (SKATTEFORVALTNINGEN) TAX REFUND        )
7  SCHEME LITIGATION                       )
                                           )
8  _____)

9

10

11

12            C O N F I D E N T I A L

13

14

15    REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

16                  EXAMINATION OF

17                 KATHLEEN WECHTER

18

19             DATE: November 22, 2021

20

21

22

23

24

25        REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

CONFIDENTIAL
Kathleen Wechter - November 22, 2021

Page 15

```
 1       A    Yes.
 2            At the Kaye Scholer firm, I have
 3   held the position of counsel.
 4       Q    And are you still practicing at the
 5   Arnold & Porter Kaye Scholer firm?
 6       A    Yes, I'm still practicing with the
 7   Arnold & Porter Kaye Scholer firm.
 8       Q    And can you please describe for us
 9   the nature of your -- of your practice at
10   that firm, from May of 2012?
11       A    I worked in the area of employee
12   benefits and executive compensation, which is
13   a part of the Tax Department at Arnold &
14   Porter Kaye Scholer.
15            So I work with different areas of
16   compensation, retirement planning, employee
17   benefits.
18       Q    And who -- who are the main -- the
19   principal partners with whom you've worked
20   since May of 2012?
21       A    Are you asking about in the
22   employee benefits subgroup, as it were, or in
23   general?
24       Q    Let me ask you in -- in general.
25       A    In general at the firm?
```

```
1        Q    Do you recall that the structures
2    involved the use of qualified plans?
3             MR. DULBERG:  Objection to the
4        form.
5             For the record, this is Drew
6        Dulberg on behalf of -- from Wilmer Hale
7        on behalf of Mr. Markowitz.
8        A    Can you repeat the question,
9    please?
10       Q    Do you recall that the ex-dividend
11   matter involved using qualified plans?
12            MR. DULBERG:  Same objection.
13       A    I recall that there were issues
14   related to the use of pension and retirement
15   plans, which was the reason -- the reason for
16   my specific involvement on specific
17   retirement and pension plan issues.
18       Q    And do you recall that the plans
19   were going to be purchasing foreign shares?
20       A    I don't recall the details of the
21   transactions.
22       Q    Do you recall any details of the
23   transactions?
24       A    At this point, since it was almost
25   nine or ten years ago, I don't remember
```