UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-07829. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

### STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)

WHEREAS Plaintiff Skatteforvaltningen ("SKAT") has asserted claims against Defendants Robert Klugman ("Klugman") and Random Holdings 401K Plan ("Random Holdings Plan") in the action titled *Skatteforvaltningen v. Random Holdings 401K Plan*, 18-cv-07829 (the "Action");

WHEREAS SKAT, Klugman and Random Holdings Plan have now entered into a settlement agreement ("Agreement") resolving those claims;

WHEREAS SKAT wishes to voluntarily dismiss the Action, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own costs;

IT is therefore STIPULATED AND AGREED that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the action *Skatteforvaltningen v. Random Holdings 401K Plan*, 18-cv-07829, is dismissed with prejudice, with each party to bear its own costs;

IT is further STIPULATED AND AGREED that if an Uncured Event of Default under the Agreement occurs (or if Event of Default under the January 9, 2025 Pledge Agreement occurs), SKAT shall have the right to reopen the Action and file any Consent Judgment that it

2

was not required to destroy pursuant to Paragraph 2 of the Agreement, regardless of the Action being previously dismissed; and

IT is further STIPULATED AND AGREED that the Court shall retain jurisdiction for the purpose of enforcing the settlement agreement amongst SKAT, Klugman, and Random Holdings Plan.

Dated: New York, New York
February 24, 2025

| | |
|---|---|
| By: /s/ Marc A. Weinstein<br>Marc A. Weinstein<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, New York 10004-1482<br>Telephone: (212) 837-6000<br>Fax: (212) 422-4726<br>marc.weinstein@hugheshubbard.com<br><br>*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)* | By: /s/ David L. Goldberg<br>David L. Goldberg<br>KATTEN MUCHIN ROSENMAN LLP<br>50 Rockefeller Plaza<br>New York, NY 10020<br>Telephone: (212) 940-6787<br>Fax: (212) 940-8776<br>david.goldberg@kattenlaw.com<br><br>*Counsel for Defendants Robert Klugman and Random Holdings 401K Plan* |

SO ORDERED:

_____
Lewis A. Kaplan
United States District Judge